IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LECONTE ONEAL,

    Defendant.

                                     /

No. C 10-00275 WHA

**ORDER LIFTING STAY OF MAGISTRATE JUDGE'S ORDER GRANTING RELEASE OF DEFENDANT**

    The stay imposed on Magistrate Judge Zimmerman's order granting release to defendant Leconte Oneal is hereby lifted.

    **IT IS SO ORDERED.**

Dated: April 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE