IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LECONTE O'NEAL,<br><br>    Defendant.<br>_____/ | No. CR 10-00275 WHA<br><br>**ORDER SETTING<br>EVIDENTIARY HEARING** |

After review of the record to date, the Court finds an evidentiary hearing is necessary regarding defendant's motion to suppress evidence. A hearing has been set for **JULY 21, 2010, AT 8:00 A.M.** Clarifications on the officer's reasonable suspicion to search defendant, whether there was probable cause to search defendant's hotel room, and the evidence known to the officers before the searches were conducted are necessary. The motion to suppress remains under submission pending receipt of the evidence and further order of the Court.

**IT IS SO ORDERED.**

Dated: June 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE