1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7296
8      Facsimile:     (415) 436-7234
       Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,           ) | No. CR 10-0275 WHA
                                         )
17 |     Plaintiff,                      ) | STIPULATION AND [PROPOSED] ORDER
                                         ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |     v.                              )
                                         )
19 | LECONTE O'NEAL,                     )
                                         )
20 |     Defendant.                      )
                                         )
21

22

23      On June 23, 2010, the parties appeared before the Court to litigate a motion to suppress.

24 The Court ordered an evidentiary hearing to be held on July 21, 2010.  At the parties request, the

25 Court rescheduled the hearing until August 9, 2010.  Unfortunately witnesses will be unavailable

26 on both August 9, and August 11 - the date parties proposed moving the hearing to at the last

27 appearance.  Therefore the parties respectfully request the Court continue this matter until

28 September 1, 2010 at 9:00 a.m.

STIP. & [PROPOSED] ORDER EXCL. TIME
U.S. v. O'NEAL; CR 10-0275 WHA                                                                    1

The parties request that the time between August 9 and September 1, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 4, 2010            /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: August 4, 2010            /s/
GEOFFREY HANSEN
Attorney for LECONTE O'NEAL

For the reasons stated above, this matter is continued until September 1, 2010. The Court finds that the exclusion of time between August 9 and September 1, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: August 5, 2010.



HONORABLE WILLIAM ALSUP
United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
U.S. v. O'NEAL; CR 10-0275 WHA                                                                 2