IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00275 WHA |
| Plaintiff, | |
| v. | **ORDER RE SFPD PERSONNEL FILES** |
| LECONTE ONEAL, | |
| Defendant. | |

The Court has reviewed in camera the personnel files provided by the San Francisco Police Department which were subpoenaed by defendant Leconte O'Neal in this matter. Based on its review, the Court is satisfied that these files do not contain any material information favorable to the defense under the standard for disclosure set forth in *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), and many of the documents contain private and confidential information of the individual police officers in question. For these reasons, the SFPD need not produce the personnel files in question to defendant O'Neal.

**IT IS SO ORDERED.**

Dated: August 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE