IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

LECONTE ONEAL,

    Defendant.
   /

No. C 10-00275 WHA

**ORDER REGARDING OFFICE OF CITIZEN COMPLAINTS RECORDS**

    The Court has reviewed in camera the records of police officers provided by the Office of Citizen Complaints which were subpoenaed by defendant Leconte O'Neal in this matter. Based on its review, the Court determined that several of these files do contain material information favorable to the defense under the standard for disclosure set forth in *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), and thus these materials were produced to the defense. The remaining material did not contain such information and as such was not produced.

    **IT IS SO ORDERED.**

Dated: August 12, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE