1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant ONEAL
6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )    No. CR-10 - 275 WHA
                                        )
12              Plaintiff,              )    **STIPULATION AND [PROPOSED]**
                                        )    **ORDER SETTING BRIEFING**
13 vs.                                  )    **SCHEDULE**
                                        )
14 LECONTE ONEAL,                       )
                                        )
15              Defendant.              )
   _____ )
16

17      The defendant's counsel will be out of the state on a family matter from September 9,

18 2010 until September 14, 2010.  As a result, the parties agree that the supplemental briefing

19 schedule set by the Court may be extended by one week.  Therefore, it is stipulated that the

20 defendant's supplemental brief is due on September 21, 2010 and the Government's brief is due

21 on September 28, 2010.  The Court has indicated that it will inform the parties if it needs further

22 argument, and if not will issue an order addressing the motion to suppress and will set a new

23 court date in that order.

24 It is so stipulated.

25

26

1

1  Date:   09/08/2010                          _____/s/_____
                                               Geoffrey A. Hansen
2                                              Counsel for Defendant Oneal

3
   Date:   09/08/2010                          _____/s/_____
4                                              Benjamin P. Tolkoff
                                               Assistant United States Attorney
5

6
   **IT IS SO ORDERED.**
7      September 10, 2010.

8                                              _____
                                               William H. Alsup
                                               United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2