**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00275 WHA |
| Plaintiff, | |
| v. | **ORDER SEALING SECTIONS OF EVIDENTIARY HEARING TRANSCRIPT** |
| LECONTE O'NEAL, | |
| Defendant. / | |

An evidentiary hearing was held on September 1, 2010, concerning defendant's motion to suppress evidence discovered from the search of room 310 at the Windsor Hotel at 20 Sixth Street, San Francisco, on March 30, 2010. Social security numbers — the defendant's and others that are not the defendant's but which were listed as the defendant's on various forms relevant to the motion — were discussed at the hearing. Social security numbers, when stated on the record accompanying the name of the person they identify, are extremely sensitive. Furthermore, defense counsel stated the alleged name of a confidential informant in this case. This order therefore seals the following sections of the evidentiary hearing transcript: 22:3–5, 35:6–7, 35:18–20. The court reporter shall also seal any index references to the names of

individuals from those lines of transcript. The court reporter shall file these portions of the transcript under seal, and place the rest of the transcript on the public docket.

**IT IS SO ORDERED.**

Dated: September 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2