IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00275 WHA |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| LECONTE ONEAL, | |
| Defendant. / | |

    There will be a stipulated facts trial on Monday, November 15, 2010, at 2:45 p.m. There will not be a pretrial conference.

**IT IS SO ORDERED.**

Dated: November 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE