MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0275 WHA |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|    v. ) | |
| LECONTE O'NEAL, ) | |
|    Defendant. ) | |

     The defendant made his initial appearance on this matter on April 15, 2010.  On May 4, 2010, the parties appeared before the Court and set a briefing schedule for a motion to suppress, and the Court ordered time between May 4, and May 30, 2010, be excluded for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The defendant filed his motion on May 30, 2010, automatically stopping the speedy trial clock, 18 U.S.C. § 3161(h)(1)(D).

     The parties appeared to argue the motion to the Court on June 23, 2010.  The Court

STIP. & [PROPOSED] ORDER EXCL. TIME
U.S. v. O'NEAL; CR 10-0275 WHA                                                     1

ordered an evidentiary hearing on the matter, on August 9, 2010, further tolling the speedy trial clock until August 9, 2010, 18 U.S.C. § 3161(h)(1)(D).

On August 5, 2010, the parties requested and the Court ordered the hearing be continued, and the speedy trial act be tolled, until September 1, 2010. On September 1, 2010, the Court conducted a hearing, and ordered further briefing, tolling the speedy trial clock again, 18 U.S.C. § 3161(h)(1)(D).

On September 28, 2010, the parties submitted their final briefs and took the defendant's motion to suppress under submission, tolling the speedy trial clock for a period not to exceed thirty days, 18 U.S.C. § 3161(h)(1)(H). On October 13, 2010, the Court issued its order denying the defendant's motion to suppress.

On October 26, 2010, the parties appeared before the Court and requested time to negotiate a resolution of the case. The parties requested, and the Court ordered that the time between October 26, and November 2, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel. On November 2, 1010, the parties appeared and requested the matter be set for November 15, 2010, for a stipulated facts bench trial. The parties requested, and the Court ordered that the time between November 2, and November 15, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation of counsel.

On November 15, 2010, the parties appeared for a stipulated facts bench trial. The trial could not go forward as planned due to questions that arose concerning the nature of the proceeding. The Court ordered the matter be put over until November 19, 2010, at 11:00 am for trial. The parties requested, and the Court ordered that the time between November 15, and November 19, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161(h)(7)(B)(iv), for effective preparation and continuity of counsel.

The Court inquired as to the speedy trial date in this matter. As of the date of this filing, all dates have been excluded with the exception of the following: April 15 to May 4, 2010; and October 13 to October 26, 2010. This means thirty-two days have run from the speedy trial clock, and thirty-eight days remain. Beginning November 19, this would set the speedy trial

clock date at December 27, 2010.

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: November 17, 2010                /s/
                                        BENJAMIN P. TOLKOFF
                                        Assistant United States Attorney

DATED: November 17, 2010                /s/
                                        GEOFFREY HANSEN
                                        Attorney for LECONTE O'NEAL

    For the reasons stated above, the Court finds that the exclusion of time from May 4 through October 13, and October 26 through November 19, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(7)(A). Specifically, on May 4, 2010, the Court ordered that the time between May 4, and May 30, 2010, be excluded for effective preparation of counsel 18 U.S.C. § 3161(h)(7)(B)(iv).

    The time between May 30, and September 28, 2010, is automatically excluded as delay attributable to the filing, hearing on, and disposition of a pretrial motion, 18 U.S.C. § 3161(h)(1)(D).

    The time between September 28, and October 13, 2010, is excluded as the defendant's motion to suppress was under submission, 18 U.S.C. § 3161(h)(1)(H).

    The time between October 26, and November 19, 2010, is excluded as necessary for effective preparation and continuity of counsel. The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §§ 3161(h)(7)(B)(iv).

SO ORDERED.

1
2  DATED:  November 30, 2010.
3
       _____
       HONORABLE WILLIAM H. ALSUP
       United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
U.S. v. O'NEAL; CR 10-0275 WHA                                                                                      4